# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  THOMAS G. RAUBE & DONNA M. RAUBE          Case Number: 04-74483
8773 SONOMA TRAIL                                 SSN-xxx-xx-4085 & xxx-xx-1839
SPRING GROVE, IL  60081

|  |  |
|---|---|
| Case filed on: | 9/9/2004 |
| Plan Confirmed on: | 12/17/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $40,281.67          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,650.00 | 1,650.00 | 1,650.00 | 0.00 |
|  | Total Legal | 1,650.00 | 1,650.00 | 1,650.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | THOMAS G. RAUBE | 0.00 | 0.00 | 633.67 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 633.67 | 0.00 |
|  |  |  |  |  |  |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GENERAL MOTORS ACCEPTANCE CORP | 21,550.00 | 21,550.00 | 21,550.00 | 3,612.56 |
|  | Total Secured | 21,550.00 | 21,550.00 | 21,550.00 | 3,612.56 |
|  |  |  |  |  |  |
| 003 | GENERAL MOTORS ACCEPTANCE CORP | 11,036.70 | 11,036.70 | 889.70 | 0.00 |
| 004 | AMERICA ONLINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BECKET & LEE, LLP | 9,204.83 | 9,204.83 | 742.03 | 0.00 |
| 006 | BANK ONE DELAWARE NA fka FIRST USA | 26,566.88 | 26,566.88 | 2,141.63 | 0.00 |
| 007 | BANK OF AMERICA | 18,694.04 | 18,694.04 | 1,506.98 | 0.00 |
| 008 | BANK ONE DELAWARE NA fka FIRST USA | 16,442.36 | 16,442.36 | 1,325.46 | 0.00 |
| 009 | CAPITAL ONE | 16,717.49 | 16,717.49 | 1,347.64 | 0.00 |
| 010 | FARM & FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,189.29 | 1,189.29 | 95.87 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,296.42 | 2,296.42 | 185.12 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 10,853.09 | 10,853.09 | 874.90 | 0.00 |
| 014 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 5,118.65 | 5,118.65 | 412.63 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,342.35 | 1,342.35 | 108.21 | 0.00 |
| 017 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 4,855.32 | 4,855.32 | 391.40 | 0.00 |
| 019 | WORLD FINANCIAL NETWORK NATIONAL BANK | 389.48 | 389.48 | 31.40 | 0.00 |
| 020 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,061.73 | 1,061.73 | 85.59 | 0.00 |
| 021 | GENERAL MOTORS ACCEPTANCE CORP | 1,596.15 | 1,596.15 | 128.67 | 0.00 |
|  | Total Unsecured | 127,364.78 | 127,364.78 | 10,267.23 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 150,564.78 | 150,564.78 | 34,100.90 | 3,612.56 |

Total Paid Claimant:     $37,713.46
Trustee Allowance:       $2,568.21          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       8.06          discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008          By  /s/Heather M. Fagan